IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 05-CR-008-WM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JANET GONZALEZ,

    Defendant.

_____

**MINUTE ORDER**
_____

    By order of Judge Walker D. Miller:

    This court interprets the defendant's request (doc. no. 69) as a request for modification of sentence. The motion is denied for lack of jurisdiction.
Dated: October 30, 2006

                                              s/Jane Trexler, Secretary/Deputy Clerk

Gilbert Montoya
Edward Gavaldon
125 S. Howes St. #401
Ft. Collins, CO 80521